*In re* EMILIO SILVA JULBE.

*Número:* TS-4134          *Resuelto:* 28 de abril de 2000

Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías; Emilio Silva Julbe, pro se.

## RESOLUCIÓN

Examinado el escrito del peticionario y el informe de la Directora de la Oficina de Inspección de Notarías, se reinstala al ejercicio de la abogacía al Lcdo. Emilio Silva Julbe y se deja pendiente su reinstalación al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y la Juez Asociada Señora Naveira de Rodón no intervinieron.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*